UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO PIMENTEL CARANZA<br><br>Defendant. | Case No. 2:21-mj-00093-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release HUMBERTO PIMENTEL CARANZA Case No. 2:21-mj-00093-KJN Charges 21 USC § 841(b)(1)(b) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000.00 co-signed by Crystal Gonzalez and Lucina Banelos

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety as stated on the record in open court.

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Pretrial release conditions as stated on the record in open court. Defendant and co-signers of bond are to be in contact with Pretrial Services telephonically on 6/8/2021 at 9:00 AM.

Issued at Sacramento, California on at 2:00 PM on June 7, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE