FILED
June 7, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO PIMENTEL CARANZA<br><br>Defendant. | Case No. 2:21-mj-00093-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HUMBERTO PIMENTEL CARANZA</u> Case No. <u>2:21-mj-00093-KJN</u> Charges <u>21 USC § 841(b)(1)(b)</u> from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $ 50,000.00 co-signed by Crystal Gonzalez and Lucina Banelos

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety as stated on the record in open court.

_____   Corporate Surety Bail Bond

__X__   (Other): <u>Pretrial release conditions as stated on the record in open court. Defendant and co-signers of bond are to be in contact with Pretrial Services telephonically on 6/8/2021 at 9:00 AM.</u>

Issued at Sacramento, California on at 2:00 PM on June 7, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE