```
PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HUMBERTO PIMENTEL CARANZA, <br><br> Defendant. | CASE NO. 21-CR-00109-DAD-12 <br><br> STIPULATION TO SCHEDULE CHANGE-OF-PLEA HEARING <br><br> DATE: July 9, 2024 <br> TIME: 9:30 a.m. <br> COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant HUMBERTO PIMENTEL CARANZA ("defendant"), by and through defendant's counsel of record, Jesse Garcia, hereby stipulate as follows:

1. On June 3, 2021, defendant made an initial appearance on a complaint filed in this matter. Dkt. 3. Thereafter, on June 7, 2021, the Court ordered defendant released on bond. Dkt. 6. Defendant was indicted on June 11, 2021. Dkt. 18.

2. The parties recently entered into a plea agreement, which the government will file upon its receipt of the signed copy from defense counsel.

3. By this stipulation, the parties respectfully request that the Court set a change-of-plea hearing on July 9, 2024, at 9:30 a.m., so that defendant may enter his guilty plea pursuant to the parties' agreement.

IT IS SO STIPULATED

| | |
|---|---|
| Dated:  June 18, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | By:  /s/ ANGELA L. SCOTT<br>ANGELA L. SCOTT<br>Assistant United States Attorney |
| Dated:  June 18, 2024 | /s/ JESSE GARCIA per email authorization<br>JESSE GARCIA<br>Counsel for Defendant<br>HUMBERTO PIMENTEL CARANZA |

## ORDER

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that a change-of-plea hearing for defendant HUMBERTO PIMENTEL CARANZA is hereby set for July 9, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **June 18, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE