1  THOMPSON GARCIA
   ATTORNEYS AT LAW
2  5776 Stoneridge Mall Road, Suite 390
3  Pleasanton, CA 94588
   Telephone: (510) 782-7580/(925) 201-3130
4  Facsimile: (925) 397-3042
   Email: email@thompsongarcialaw.com
5

6

7  JESSE J. GARCIA (SB# 61229)
   AUSTIN M. THOMPSON (SB# 229924)
8  Attorneys for Defendant
   HUMBERTO PIMENTEL CARANZA

9

10                  IN THE UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12

13  THE UNITED STATES OF AMERICA,   )   CASE NO.: 21-CR-00109-DAD
                                    )
14          Plaintiffs,              )   STIPULATION AND ORDER TO
                                    )   CONTINUE THE SENTENCING
15  v.                              )   HEARING CURRENTLY
                                    )   SCHEDULED FOR NOVEMBER 12, 2024
16                                  )
    HUMBERTO PIMENTEL CARANZA,      )
17                                  )
            Defendant                )
18  _____/ )

19

20      Humberto Pimentel Caranza, by and through his counsel, Jesse J. Garcia, the United

21  States Attorney's Office, by and through its counsel, Angela L. Scott, Assistant United States

22  Attorney, jointly stipulate and respectfully request the Court to reset the Sentencing hearing

23  presently set for November 12, 2024, at 9:00 a.m. to February 24, 2025, at 9:30 a.m.

24      The parties jointly agree and request that the matter be continued to permit the parties

25  additional time to prepare for the sentencing as The United States Probation Office has not yet

26  
27  prepared a Presence Report.

28  U.S.A. V. HUMERTO PIMENTEL CARANZA, CASE NO.: 21:CR-00109-DAD
    STIPULATION AND ORDER TO COTINUE SENTENCING HEARING

SO STIPULATED:

Dated: October 15, 2024                Respectfully submitted,

                                              /s/Jesse J. Garcia
                                              JESSE J. GARCIA
                                              Attorney for Defendant
                                              HUMBERTO PIMENTEL CARANZA

Dated: October 15, 2024                /s/Angela L. Scott
                                              ANGELA L. SCOTT
                                              Assistant United States Attorney
                                              (Authorized to sign on behalf of Angela L Scott
                                              per email on October 15, 2024)

## ORDER

The Court hereby changes the scheduled Sentencing hearing from November 12, 2024, at 9:30 a.m. to February 24, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 18, 2024**                   _____
                                                              DALE A. DROZD
                                                              UNITED STATES DISTRICT JUDGE